**Order entered December 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00952-CR**

**KADARIUS DEMOND BARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00170-S**

**ORDER**

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On December 18, 2020, the district clerk filed the clerk's record which contains the appointment. We **DIRECT** the Clerk to list John Daniel Oliphant as counsel for appellant. All future correspondence should be sent to Mr. Oliphant at the address on file with the Court.

Appellant's brief is due **January 29, 2021**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; to Kadarius Demond Barrett, 20018788, North Tower 6 east 05, Dallas, TX 75266; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE